UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ANZO, | No. 2:15-CV-2217 JAM-EFB |
| Plaintiff, | |
| v. | **RECUSAL ORDER** |
| JANSSEN RESEARCH & AMP DEVELOPMENT, LLC, ET AL., | |
| Defendants. | |

    Upon examination of the above-captioned action, the undersigned judge disqualifies himself.

    Good cause appearing therefor,

    IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

    IT IS FURTHER ORDERED that all pending dates before Judge Mendez should be vacated, to be reset by the judge that is re-assigned.

    IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that

1

1  the Clerk of the Court make appropriate adjustment in the
2  assignment of civil cases to compensate for this reassignment.
3  　　　IT IS SO ORDERED.
4  DATED: January 11, 2016        /s/ John A. Mendez_____
                                  HONORABLE JOHN A. MENDEZ
5                                 United States District Court Judge